UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D., M.P.H.<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Verathon Inc., Pentax of America, Inc., Karl Storz Endoscopy-America, Inc., Aircraft Medical, Ltd., LMA North America, Inc., and AirTraq LLC.<br><br>　　　　　　Defendants. | Civ. No. 10-CV-5777 (BSJ)<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT KARL STORZ ENDOSCOPY-AMERICA, INC.'S FIRST MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

　　　　Plaintiff Dr. Jonathan Berall does not oppose Defendant Karl Storz Endoscopy-America, Inc.'s First Motion for an Extension of Time to Respond to the Complaint until November 3, 2010.


Dated:  October 18, 2010　　　　　　　PEARL COHEN ZEDEK LATZER, LLP

　　　　　　　　　　　　　　　　　　　By:　_/s/ David A. Loewenstein_
　　　　　　　　　　　　　　　　　　　　　David A. Loewenstein (DL-5054)
　　　　　　　　　　　　　　　　　　　　　Douglas Gilbert (DG - 3726)
　　　　　　　　　　　　　　　　　　　　　DavidL@pczlaw.com
　　　　　　　　　　　　　　　　　　　　　DouglasG@pczlaw.com
　　　　　　　　　　　　　　　　　　　　　1500 Broadway, 12th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　Tel: (646)878-0800
　　　　　　　　　　　　　　　　　　　　　Fax: (646)878-0801

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Jonathan Berall
　　　　　　　　　　　　　　　　　　　　　M.D., M.P.H.

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT KARL STORZ ENDOSCOPY-AMERICA, INC.'S FIRST MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT to be served upon counsel of record by filing the document on the court's ECF system on October 18, 2010.

                                                                            */s/ David A. Loewenstein*
                                                                           David A. Loewenstein