UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D., M.P.H.<br><br>    Plaintiff,<br><br>  v.<br><br>Verathon Inc., Pentax of America, Inc., Karl Storz Endoscopy-America, Inc., Aircraft Medical, Ltd., LMA North America, Inc., and AirTraq LLC.<br><br>    Defendants. | Civ. No. 10-CV-5777 (BSJ)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF AIRTRAQ LLC WITHOUT PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

  Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Dr. Jonathan Berall, voluntarily dismisses Defendant AirTraq, LLC ("AirTraq") without prejudice, AirTraq having served neither an answer nor a motion for summary judgment. Plaintiff and AirTraq shall each bear their own costs and attorneys' fees.

  All claims against the remaining Defendants are not part of this voluntary dismissal and shall remain in full force and effect.

Dated: October 21, 2010        PEARL COHEN ZEDEK LATZER, LLP

               By: */s/ David A. Loewenstein*
                  David A. Loewenstein (DL-5054)
                  Douglas Gilbert (DG - 3726)
                  DavidL@pczlaw.com
                  DouglasG@pczlaw.com
                  1500 Broadway, 12th Floor
                  New York, NY 10036
                  Tel: (646)878-0800
                  Fax: (646)878-0801

                  Attorneys for Plaintiff Jonathan Berall
                  M.D., M.P.H.

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL OF AIRTRAQ LLC WITHOUT PREJUDICE to be served upon counsel of record by filing the document on the court's ECF system on October 21, 2010.

/s/ Keren Livneh
Keren Livneh