USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: *October 26, 2010*

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK

Jonathan Berall, M.D., M.P.H.,

    Plaintiff,

    vs.

Verathon Inc., Pentax of America, Inc., Karl
Storz Endoscopy-America, Inc., Aircraft
Medical, Ltd., LMA North America, Inc., and
AirTraq LLC.

    Defendants.

    Civil Action No.10-CV-5777- BSJ-DCF

**SO ORDERED:**   **DATE:** *10/25/10*

**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE

## DEFENDANT KARL STORZ ENDOSCOPY-AMERICA, INC.'S FIRST MOTION
## FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant Karl Storz Endoscopy-America, Inc. moves for a first extension of thirty (30) days in which to answer or otherwise plead in response to the Complaint filed in the above-captioned case until November 3, 2010. An answer or other responsive pleading is due to be filed on or before October 4, 2010.

The undersigned has attempted to contact counsel of record for Plaintiff, David A. Loewenstein, by telephone but has so far not received a return communication from such counsel. Thus, we are unable to state at the time of this filing whether Plaintiff does or does not consent to this extension request.

No prior motions for an extension of time have been filed by or on behalf of Defendant Karl Storz Endoscopy-America, Inc. with respect to the time limitation in which to respond to the Complaint.

Respectfully Submitted

10/4/10
Date

Wesley W. Whitmyer, Jr., WW2773
Richard J. Basile, RB9623
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: litigation@ssjr.com

ATTORNEYS FOR DEFENDANT
KARL STORZ ENDOSCOPY-AMERICA, INC.

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of October, 2010, a true and correct Copy of the foregoing **DEFENDANT KARL STORZ ENDOSCOPY-AMERICA, INC.'S FIRST MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

10-4-2010
Date