UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JONATHAN BERALL, M.D., M.P.H.,

                Plaintiff,

                v.

VERATHON INC., PENTAX OF AMERICA, INC.,
KARL STORZ ENDOSCOPY-AMERICA, INC.,
AIRCRAFT MEDICAL, LTD., LMA NORTH AMERICA,
INC., AND AIRTRAQ LLC,

                Defendants.
------------------------------------------------------------x

Civ. No. 10-cv-05777
(BSJ)(DCF)

DEFENDANT'S MOTION TO
ADMIT THOMAS J. FISHER
*PRO HAC VICE*

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael H. Gibson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* as counsel for defendant Pentax of America, Inc. of:

| | |
|---|---|
| Applicant's Name: | Thomas J. Fisher |
| State Bar No.: | Virginia State Bar No. 44062 |
| Date of Admission: | November 1, 1999 |
| Firm Name: | Oblon Spivak |
| Address: | 1940 Duke Street |
| City/State/Zip: | Alexandria, VA  22314 |
| Telephone: | (703) 412-7023 |
| Fax No.: | (703) 413-2220 |
| Email Address: | tfisher@oblon.com |

    Thomas J. Fisher is a member in good standing of the bar of the Supreme Court of Virginia since November 1, 1999.

    There is no pending disciplinary proceeding against Thomas J. Fisher in any state or federal court.

815505_1

Dated: New York, New York
      October 22, 2010

    Respectfully submitted,

    SATTERLEE STEPHENS BURKE & BURKE LLP

    By: _____
        James F. Rittinger (JR-0556)
        Michael H. Gibson (MG-2952)
    Attorneys for Defendant Pentax of America, Inc.
    230 Park Avenue
    New York, NY 10169
    Tel.: (212) 818-9200 / Fax: (212) 818-9606

815505_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| JONATHAN BERALL, M.D., M.P.H., | : | Civ. No. 10-cv-05777 |
| Plaintiff, | : | (BSJ)(DCF) |
| v. | : | |
| VERATHON INC., PENTAX OF AMERICA, INC., KARL STORZ ENDOSCOPY-AMERICA, INC., AIRCRAFT MEDICAL, LTD., LMA NORTH AMERICA, INC., AND AIRTRAQ LLC, | : | AFFIDAVIT OF MICHAEL H. GIBSON |
| Defendants. | : | |

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

MICHAEL H. GIBSON, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before this Court. I am an associate in the law firm of Satterlee Stephens Burke & Burke LLP, local counsel for defendant Pentax of America, Inc. ("Pentax").

2. I submit this affidavit in support of Pentax's motion to admit Thomas J. Fisher *pro hac vice* to represent Pentax in this matter.

3. I am a member in good standing of the Bar of the State of New York, and was admitted to practice in July 2005. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

4. Thomas J. Fisher is a partner in the law firm of Oblon Spivak, lead counsel for Pentax, located in Alexandria, Virginia.

5. I have found Thomas J. Fisher to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the *pro hac vice* admission of Thomas J. Fisher as counsel for Pentax in this matter. A proposed order is respectfully annexed hereto.

815505_1

MICHAEL H. GIBSON (MG-2952)

Sworn to before me this
22 day of October, 2010

Notary Public

DOREEN CLASSI
Notary Public, State of New York
No. 01CL4669322
Qualified in Nassau County
Commission Expires Sept. 30, 20 14

815505_1

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

THOMAS JOSEPH FISHER

was admitted to practice as an attorney and counsellor at the bar of this Court on November 1, 1999.

I further certify that so far as the records of this office are concerned, THOMAS JOSEPH FISHER is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 19th day of October
A.D. 2010

By: _____
Deputy Clerk

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern **DISTRICT OF** Virginia

**CERTIFICATE OF GOOD STANDING**

I, _____Fernando Galindo_____, *Clerk of this Court,*

certify that _____Thomas Joseph Fisher_____, *Bar #* __44062__,

*was duly admitted to practice in this Court on*

__2/16/2005__, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at __Alexandria, VA__ on __10/15/2010__.
LOCATION                     DATE

**FERNANDO GALINDO, CLERK**                 *RP Banks* (signature)
CLERK                                        DEPUTY CLERK

## AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK      )
                      ) ss.:
COUNTY OF NEW YORK  )

The undersigned, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside at 218 Eagle Street, Brooklyn, NY 11222.

2. That on October 25, 2010 deponent served a true copy of the annexed **Defendant's Motion to Admit James J. Kulbaski Pro Hac Vice, Defendant's Motion to Admit Richard D. Kelly Pro Hac Vice, Defendant's Motion to Admit Andrew M. Ollis Pro Hac Vice and Defendant's Motion to Admit Thomas J. Fisher Pro Hac Vice** upon:

David A. Loewenstein, Esq.
Pearl Cohen Zedek & Latzer, LLP
1500 Broadway, 12th Floor
New York, New York 10036

Joel B. Ard, Esq.
Black, Lowe & Graham PLLC
701 5th Avenue, Suite 4800
Seattle, WA 98104

Richard C. Pettus, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036

Richard J. Basile, Esq.
Stetler & Duffy, Ltd.
11 S. Lasalle Street, Suite 1200
Chicago, IL 60603

the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same, enclosed in a post-paid properly addressed sealed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Nelson Rodriguez

Sworn to before me this
25th day of October, 2010

_____
Notary Public

MARILYN JUDA
Notary Public, State of New York
No. 01JU4759632
Qualified in Queens County
Commission Expires June 30, 20 14

817898_1