UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D., M.P.H.<br><br>Plaintiff,<br><br>v.<br><br>Verathon, Inc., Pentax of America, Inc., Karl Storz Endoscopy-America, Inc., Aircraft Medical, Ltd., and LMA North America, Inc.<br><br>Defendants. | Civ. No.   10-CV-5777 (BSJ)<br><br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

PLEASE TAKE NOTICE that, with the consent and approval of Plaintiff Jonathan Berall, M.D., M.P.H. ("Berall"), attorney Robert Greenfeld, Esq., formerly of Pearl Cohen Zedek Latzer LLP, 1500 Broadway, 12th Floor, New York, NY 10036, hereby withdraws his appearance as counsel for Berall.  All other attorneys involved in the case from Pearl Cohen Zedek Latzer LLP continue to represent Berall.

Dated: October 28, 2010                           Respectfully submitted,

                                                                PEARL COHEN ZEDEK LATZER LLP

                                         By:     /s/ David A. Loewenstein
                                                   David A. Loewenstein (DL-5054)
                                                   Douglas Gilbert (DG-3726)
                                                   DavidL@pczlaw.com
                                                   DouglasG@pczlaw.com
                                                   1500 Broadway, 12th Floor
                                                   New York, NY 10036
                                                   Tel: (646) 878-0800
                                                   Fax: (646) 878-0801

                                                   Attorneys for Plaintiff Jonathan Berall M.D., M.P.H.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing NOTICE OF WITHDRAWAL OF ATTORNEY to be served upon counsel of record by filing the document on the court's ECF system on October 28, 2010.

/s/ Keren Livneh
Keren Livneh