# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA 02199  617.239.0100  fax 617.227.4420  eapdlaw.com
Mail to P.O. Box 55874
Boston, MA 02205

Brian M. Gaff
Partner

(617) 517-5597
fax (888) 325-9725
bgaff@eapdlaw.com

November 1, 2010

**VIA FACSIMILE (212-805-4258)**

The Honorable Debra C. Freeman
U.S. Magistrate, District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    RE:    Berall v. Verathon, Inc. et al.
           Case No. 1:10-cv-05777-BSJ (S.D.N.Y.)

Dear Judge Freeman:

We represent Defendant Aircraft Medical, Ltd. ("Aircraft") in this patent infringement case. Aircraft respectfully requests a two-week extension of time to answer, move, or otherwise respond to Plaintiff's complaint through and including Tuesday, November 16, 2010. The original deadline for Aircraft's response to the complaint was November 2, 2010 in view of Aircraft's agreement to waive service of the summons and complaint. See Doc. No. 6 (Aug. 19, 2010).

Aircraft, its U.S. distributor and co-defendant LMA North America, Inc. ("LMA"), and Plaintiff have been engaged in active settlement negotiations. Plaintiff has consented to this two-week extension within which time Aircraft, LMA, and Plaintiff will attempt to finalize negotiations related to a settlement.

# EDWARDS ANGELL PALMER & DODGE LLP

The Honorable Debra C. Freeman
November 1, 2010
Page 2 of 2

If the proposed extension is acceptable, we request that the Court endorse this letter

Respectfully submitted,

*[signature]*

Brian M. Gaff

cc: David A. Loewenstein, Esq. (via facsimile and email), Counsel for Plaintiff

SO ORDERED this 2nd day of November, 2010.

*[signature]*

Hon. Debra C. Freeman, United States Magistrate Judge
Southern District of New York

BOS2_824169 1