USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D., M.P.H.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Verathon Inc., Pentax of America, Inc., Karl Storz Endoscopy-America, Inc., Aircraft Medical, Ltd., LMA North America, Inc., and AirTraq LLC.<br><br>　　　　　　Defendants. | Civ. No. 10-CV-5777 (BSJ)<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF AIRTRAQ LLC WITHOUT PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Dr. Jonathan Berall voluntarily dismisses Defendant AirTraq, LLC ("AirTraq") without prejudice, AirTraq having served neither an answer nor a motion for summary judgment. Plaintiff and AirTraq shall each bear their own costs and attorneys' fees.

All claims against the remaining Defendants are not part of this voluntary dismissal and shall remain in full force and effect.

Dated: October 26, 2010

PEARL COHEN ZEDEK LATZER, LLP

By: _____
David A. Loewenstein (DL-5054)
Douglas Gilbert (DG-3726)
DavidL@pczlaw.com
DouglasG@pczlaw.com
1500 Broadway, 12th Floor
New York, NY 10036
Tel: (646) 878-0800

DORSEY & WHITNEY LLP

By: _____
Paul D. Ackerman
ackerman.paul@dorsey.com
250 Park Avenue
New York, NY 10177
Tel: (212) 415-9372

OF COUNSEL:

Greg Tamkin
DORSEY & WHITNEY LLP
tamkin.greg@dorsey.com
Republic Plaza Building, Suite 4700
370 17th Street
Denver, CO 80202-5647
Tel: (303) 629-3438

Attorneys for Plaintiff Jonathan Berall M.D., M.P.H.

Attorneys for Defendant AirTraq, LLC

IT IS SO ORDERED:

Dated: Nov. 3, 2010

_____
Barbara S. J.
U.S.D.J.