IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D.<br><br>      Plaintiff,<br><br>      v.<br><br>Verathon Inc. Pentax of America, Inc., Karl Storz endoscopy-America, Inc., Aircraft Medical, Ltd., LMA North America Inc., And AirTraq LLC<br><br>      Defendants. | JURY TRIAL DEMANDED<br><br>Case No.: 1:10-cv-05777-BSJ-DCF |

## NOTICE OF APPEARANCE

The Clerk of this Court will please enter the appearance of Brian M. Gaff, Esq. as counsel for the Defendant, Aircraft Medical, Limited in the above-captioned case.

                       Respectfully submitted,

Date: November 16, 2010        /s/Brian M. Gaff

                       Brian M. Gaff (BG0314)
                           bgaff@eapdlaw.com
                       EDWARDS ANGELL PALMER & DODGE LLP
                       111 Huntington Avenue
                       Boston, MA  02199-7613
                       (617) 239-0100
                       (617) 227-4420 (fax)

                       *Attorneys for Defendant Aircraft Medical Ltd.*

BOS2_827051.1