IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D.<br><br>          Plaintiff,<br><br>     v.<br><br>Verathon Inc. Pentax of America, Inc., Karl Storz endoscopy-America, Inc., Aircraft Medical, Ltd., LMA North America Inc., And AirTraq LLC<br><br>          Defendants. | JURY TRIAL DEMANDED<br><br>Case No.: 1:10-cv-05777-BSJ-DCF |

**DEFENDANT AIRCRAFT MEDICAL LTD.'S**
**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Aircraft Medical, Limited ("Aircraft"), makes the following disclosure:

1.  Aircraft does not have a parent corporation.

2.  No publicly held corporation owns 10% or more of the stock of Aircraft.

                                        Respectfully submitted,

Date: November 16, 2010            /*s*/Brian M. Gaff

                                        Brian M. Gaff (BG0314)
                                              bgaff@eapdlaw.com
                                        Peter J. Cuomo (Of Counsel)
                                              pcuomo@eapdlaw.com
                                        EDWARDS ANGELL PALMER & DODGE LLP
                                        111 Huntington Avenue
                                        Boston, MA  02199-7613
                                        (617) 239-0100
                                        (617) 227-4420 (fax)

                                        *Attorneys for Defendant Aircraft Medical Ltd.*

BOS2_827046.1

**DEFENDANT AIRCRAFT MEDICAL LTD.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**