IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D., M.P.H., <br><br> Plaintiff, <br><br> v. <br><br> Verathon, Inc., Pentax of America, Inc., Karl Storz Endoscopy-America, Inc., Aircraft Medical, Ltd., LMA North America, Inc., and AirTraq LLC, <br><br> Defendants. | Civ. No. 1:10-cv-05777-BSJ-DCF <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

The Clerk of this Court will please enter the appearance of Stephen J. Marzen, Esq. as counsel for Defendant, LMA North America, Inc. in the above-captioned case.

Respectfully submitted,

Dated:  November 16, 2010

/s/ Stephen J. Marzen_____
Stephen J. Marzen (SM - 0558)
SHEARMAN & STERLING LLP
801 Pennsylvania Avenue NW
Washington, DC 20004
(202) 508-8000
(202) 838-3699 (fax)
smarzen@shearman.com

*Attorneys for Defendant LMA North America, Inc.*

**NOTICE OF APPEARANCE**

**CERTIFICATE OF SERVICE**

      This is to certify that on this 16th day of November, 2010, a true and correct Copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____

Date                                                                                              Dawn J. Runchey