IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D., M.P.H.,<br><br>                  Plaintiff,<br><br>    v.<br><br>Verathon, Inc., Pentax of America, Inc., Karl Storz Endoscopy-America, Inc., Aircraft Medical, Ltd., LMA North America, Inc., and AirTraq LLC,<br><br>                  Defendants. | Civ. No. 1:10-cv-05777-BSJ-DCF<br><br>**DEFENDANT LMA NORTH AMERICA, INC.'S DISCLOSURE STATEMENT UNDER FED.R.CIV.P. 7.1**<br><br>JURY TRIAL DEMANDED |

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.1, the undersigned counsel for Defendant LMA North America, Inc. hereby certifies that the said party is a wholly-owned subsidiary of LMA International N.V., a company incorporated under the laws of the Netherlands Antilles and listed on the Singapore stock exchange.

                      SHEARMAN & STERLING LLP

                      /s/ Vicki S. Veenker
                      Vicki S. Veenker (VV- 1734)
                      1080 Marsh Road
                      Menlo Park, CA 94025
                      (650) 838-3600

                      Stephen J. Marzen (SM - 0558)
                      801 Pennsylvania Avenue, NW
                      Washington DC 20004
                      (202) 508-8000

                      *Attorneys for Defendant LMA North America, Inc.*

                      Dated:  November 16, 2010

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 16th day of November, 2010, a true and correct Copy of the foregoing **DEFENDANT LMA NORTH AMERICA, INC.'S DISCLOSURE STATEMENT UNDER FED.R.CIV.P. 7.1** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

| | |
|---|---|
| Date | Dawn J. Runchey |