IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D., M.P.H., | |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | Case No.: 1:10-cv-05777-BSJ-DCF |
| Verathon, Inc., Pentax of America, Inc., Karl Storz Endoscopy-America, Inc., Aircraft Medical, Ltd., LMA North America Inc., and AirTraq LLC, | |
| Defendants. | |

**CERTIFICATE OF SERVICE BY E-MAIL**

## CERTIFICATE OF SERVICE BY E-MAIL

I the undersigned, hereby certify and declare that:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action.

My business address is 525 Market Street, Suite 1500, San Francisco, CA 94105.

This is to certify that on November 16, 2010, a true and correct Copy of the foregoing document(s) **NOTICE OF APPEARANCE OF STEPHEN J. MARZEN; NOTICE OF APPEARANCE OF VICKI VEENKER; DEFENDANT LMA NORTH AMERICA, INC.'S DISCLOSURE STATEMENT UNDER FRCP 7.1; AND DEFENDANT LMA NORTH AMERICA, INC.'S ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM,** were filed electronically and served via **EMAIL** to the following person(s) unable to accept electronic filing:

> Richard D. Kelly
> Thomas J. Fisher
> Andrew M. Ollis
> James J. Kulbaski
> **OBLON, SPIVAK, McCLELLAND,**
> **MAIER & NEUSTADT, PC**
> 1940 Duke Street
> Alexandria, VA 22314
> Tel: (703) 413-3000
> Fax: (703) 413-2220
> Email: rkelly@oblon.com
> Email: tfisher@oblon.com
> Email: aollis@oblon.com
> Email: jkulbaski@oblon.com

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on November 17, 2010, at San Francisco, California.

Dawn J. Runchey