**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jonathan Berall, M.D., M.P.H., <br><br> Plaintiff, <br><br> v. <br><br> Verathon, Inc., Pentax of America, Inc., Karl Storz Endoscopy-America, Inc., Aircraft Medical, Ltd., LMA North America, Inc., and AirTraq LLC, <br><br> Defendants. | Civ. No. 1:10-cv-05777-BSJ-DCF <br><br> JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

The Clerk of this Court will please enter the appearance of Vicki S. Veenker, Esq. as

counsel for Defendant, LMA North America, Inc. in the above-captioned case.


Respectfully submitted,


Dated:  November 16, 2010           /s/ Vicki S. Veenker_____
Vicki S. Veenker (VV- 1734)
SHEARMAN & STERLING LLP
1080 Marsh Road
Menlo Park, CA 94025
(650) 838-3600
(650) 838-3699 (fax)
vveenker@shearman.com

*Attorneys for Defendant LMA North America, Inc.*