Case 1:10-cv-05777-BSJ -DCF   Document 32   Filed 10/26/10   Page 7 of 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
JONATHAN BERALL, M.D., M.P.H., :
: Civ. No. 10-cv-05777
                            Plaintiff, : (BSJ)(DCF)
:
               v. :
: ORDER ADMITTING
VERATHON INC., PENTAX OF AMERICA, INC., : JAMES J. KULBASKI
KARL STORZ ENDOSCOPY-AMERICA, INC., *PRO HAC VICE*
AIRCRAFT MEDICAL, LTD., LMA NORTH AMERICA,:
INC., AND AIRTRAQ LLC,
:
                            Defendants.

UPON THE MOTION of Satterlee Stephens Burke & Burke LLP, by Michael H. Gibson, attorneys for defendant Pentax of America, Inc.

IT IS HEREBY ORDERED that

    Applicant's Name:  James J. Kulbaski
    State Bar No.:  Virginia State Bar No. 34,751
    Date of Admission:  October 1, 1992
    Firm Name:  Oblon Spivak
    Address:  1940 Duke Street
    City/State/Zip:  Alexandria, VA 22314
    Telephone:  (703) 412-6490
    Fax No.:  (703) 413-2220
    Email Address:  jkulbaski@oblon.com

is admitted to practice *pro hac vice* as a lead counsel to defendant Pentax of America, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
       October ____, 2010

       Dec. 1, 2010

                                                     Barbara S. Jones
                                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/10

815505_1