UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JONATHAN BERALL, M.D., M.P.H.,                        :

                                  Plaintiff,      Civ. No. 10-cv-05777

                                  Plaintiff,      :   (BSJ)(DCF)

                  v.                                           :

VERATHON INC., PENTAX OF AMERICA, INC.,        :   ORDER ADMITTING
KARL STORZ ENDOSCOPY-AMERICA, INC.,                  RICHARD D. KELLY
AIRCRAFT MEDICAL, LTD., LMA NORTH AMERICA,:   *PRO HAC VICE*
INC., AND AIRTRAQ LLC,

                                 Defendants.     :

         UPON THE MOTION of Satterlee Stephens Burke & Burke LLP, by Michael H.

Gibson, attorneys for defendant Pentax of America, Inc.

         IT IS HEREBY ORDERED that

> Applicant's Name: Richard D. Kelly
> State Bar No.: Virginia State Bar No. 15024
> Date of Admission: 1975
> Firm Name: Oblon Spivak
> Address: 1940 Duke Street
> City/State/Zip: Alexandria, VA  22314
> Telephone: (703) 412-6241
> Fax No.: (703) 413-2220
> Email Address: rkelly@oblon.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/10

is admitted to practice *pro hac vice* as a lead counsel to defendant Pentax of America, Inc. in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
~~October ~~, 2010~~
Dec. 1, 2010

                                         _____
                                         United States District Judge

815505_1