UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathan Berall, M.D., M.P.H.

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Verathon, Inc., Pentax of America, Inc., Karl Storz Endoscopy-America, Inc., Aircraft Medical, Ltd., LMA North America, Inc., and AirTraq LLC

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

10 Civ. 05777 (BSJ) (DCF)

**AFFIRMATION OF SERVICE**

I, Brian M. Gaff, Esq. *(name)*, declare under penalty of perjury that I have served a copy of the attached CM/ECF Document 60 *(document you are serving)* upon A. Ollis, J. Kulbaski, R. Kelly, and T. Fisher *(name of person served)* whose address is Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P., 1940 Duke St., Alexandria, VA 22314-3454 *(where you served document)* by U.S. First Class Mail.

*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Boston, MA
*(town/city)* *(state)*
December 7, 2010
*(month)* *(day)* *(year)*

Signature

Edwards Angell Palmer & Dodge LLP
*Address*

111 Huntington Ave., Boston, MA
*City, State*

02199-7613
*Zip Code*

617-239-0100
*Telephone Number*

*Rev. 05/2010*