UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan BERALL, M.D., M.P.H.,<br><br>    Plaintiff,<br>  vs.<br><br>VERATHON INC., et al.,<br><br>    Defendants. | Civil Action No. 1:10-cv-05777-BSJ |

**NOTICE OF THE U.S. PATENT OFFICE'S GRANT OF REEXAMINATION
IN REFERENCE TO VERATHON INC.'S PENDING MOTION TO STAY**

In reference to Defendant Verathon, Inc.'s pending Motion to Stay (D.I. 42), Verathon submits this notice and the attached Order Granting Request For Ex Parte Reexamination to apprise the Court that on or about December 16, 2010, the United States Patent and Trademark Office granted Verathon's Request for Re-examination of U.S. Patent 5,827,178.

Verathon has conferred via telephone or email with counsel for all parties, none of whom object to the filing of this status update.

DATED this 22nd day of December, 2010.

Respectfully submitted,

s/ Richard C. Pettus
Richard C. Pettus
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2130
Fax: (212) 556-2222
Email: rpettus@kslaw.com

<u>s/ Richard T. Black</u>
Richard T. Black, Admitted Pro Hac Vice
Email: black@blacklaw.com
Lawrence D. Graham, Admitted Pro Hac Vice
Email: graham@blacklaw.com
Joel B. Ard, Admitted Pro Hac Vice
Email: ard@blacklaw.com
BLACK LOWE & GRAHAMPLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

ATTORNEYS FOR DEFENDANT
VERATHON, INC.