IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D., M.P.H. ) | |
| ) | |
| Plaintiff, ) | 1:10-cv-05777 (BSJ)(DCF) |
| ) | |
| v. ) | |
| ) | |
| Verathon Inc. Pentax of America, Inc., Karl ) | |
| Storz Endoscopy-America, Inc., Aircraft ) | |
| Medical, Ltd., LMA North America Inc., ) | |
| And AirTraq LLC ) | |
| Defendants. ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/11

## STIPULATION OF DISMISSAL

WHEREAS the parties have entered into a settlement agreement of all matters here in controversy and agreed that all claims asserted in this action should consequently be dismissed with prejudice.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties that all claims asserted in this action be, and the same hereby are, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear its own costs.

STIPULATED AND AGREED TO:

Dated: 9/23, 2011

Respectfully submitted,

Jonathan Berall, M.D., M.P.H.
173 Columbia Heights
Brooklyn, New York 11201
Telephone: (212) 614-1711

*Pro se Plaintiff*

Dated: September 23, 2011

Respectfully submitted,

ST. ONGE STEWARD JOHNSTON & REENS, LLC

Wesley W. Whitmyer (WW2773)
Richard J. Basile (RB9623)
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: litigation@ssjr.com

*Attorneys for Defendant*
Karl Storz Endoscopy-America, Inc.

SO ORDERED this 26th day of Sept 2011

Honorable Barbara S. Jones
United States District Judge

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of September 2011, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


September 26, 2011            Carrie A. Csizmadia
Date