Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

JONATHAN BERALL
_____
Write the full name of each plaintiff or petitioner.

Case No. 10 CV 5777

-against-

VERATHON, PENTAX,
AIRCRAFT MEDICAL
_____
Write the full name of each defendant or respondent.

Letter re: TO REOPEN

RECEIVED
SDNY PRO SE OFFICE
2016 AUG -3 AM 11:28
S.D. OF N.Y.

Entire case was prematurely closed: settlement was made with one of the four defendants. The infringing three defendants remain to be dealt with.

Please see document 78, May 11, 2011

Judge never requested case to be dismissed.

8/3/16
Dated

Signature: Jonathan Berall

Jonathan Berall
Name

Prison Identification # (if incarcerated)

173 Columbia Hts    BKLYN    NY    11201
Address              City     State  Zip Code

212 614-1711
Telephone Number (if available)

intubate123@gmail.com
E-mail Address (if available)

Case 1:10-cv-05777-LAP   Document 93   Filed 08/03/16   Page 2 of 4
Case 1:10-cv-05777-BSJ-DCF   Document 87   Filed 09/26/11   Page 1 of 3
Case 1:10-cv-05777-BSJ-DCF   Document 86   Filed 09/26/11   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D., M.P.H.<br><br>                              Plaintiff,<br><br>v.<br><br>Verathon Inc, Pentax of America, Inc., Karl Storz Endoscopy-America, Inc., Aircraft Medical, Ltd., LMA North America Inc., And AirTraq LLC<br>                              Defendants. | 1:10-cv-05777 (BSJ)(DCF)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 9/26/11 |

## STIPULATION OF DISMISSAL

WHEREAS the parties have entered into a settlement agreement of all matters here in controversy and agreed that all claims asserted in this action should consequently be dismissed with prejudice.

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties that all claims asserted in this action be, and the same hereby are, dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear its own costs.

Case 1:10-cv-05777-LAP   Document 93   Filed 08/03/16   Page 3 of 4
Case 1:10-cv-05777-BSJ-DCF   Document 87   Filed 09/26/11   Page 2 of 3
Case 1:10-cv-05777-BSJ-DCF   Document 86   Filed 09/26/11   Page 2 of 3

STIPULATED AND AGREED TO:

Dated: 9/23, 2011

Respectfully submitted,

*[signature]* Jonathan Berall, MPH

Jonathan Berall, M.D., M.P.H.
115 Columbia Heights
Brooklyn, New York 11201
Telephone: (212) 614-1711

*Pro se Plaintiff*

Dated: September 23, 2011

Respectfully submitted,

ST. ONGE STEWARD JOHNSTON & REENS, LLC

*[signature]*

Wesley W. Whitmyer (WW2773)
Richard J. Basile (RB9623)
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: litigation@ssjr.com

*Attorneys for Defendant*
Karl Storz Endoscopy-America, Inc.

SO ORDERED this 26th day of Sept 2011

*[signature]*

Honorable Barbara S. Jones
United States District Judge

Case 1:10-cv-05777-LAP   Document 93   Filed 08/03/16   Page 4 of 4
Case 1:10-cv-05777-BSJ-DCF   Document 87   Filed 09/26/11   Page 3 of 3
Case 1:10-cv-05777-BSJ-DCF   Document 86   Filed 09/26/11   Page 3 of 3

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of September 2011, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

September 26, 2011                          Carrie A. Csizmadia
Date