**EXHIBIT A: Form of Stipulated Motion To Dismiss With Prejudice**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JONATHAN BERALL, M.D., M.P.H, )
)
Plaintiff, )
)
v. )
) Case No. 1:10-cv-05777-LAP-DCF
)
VERATHON INC., PENTAX OF AMERICAN, )
INC., KARL STORZ ENDOSCOPY-AMERICA, )
INC., AIRCRAFT MEDICAL, LTD., LMA )
NORTH AMERICAN, INC., AND AIRTRAQ, )
INC., )
)
Defendants. )

*The Clerk of the Court shall mark this action closed and all pending motions denied as moot.*

*SO ORDERED:*

/s/ Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.
8/26/19

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement Agreement, Plaintiff, Jonathan Berall and Defendant, Aircraft Medical Ltd., have agreed to settle, adjust and compromise all claims and counterclaims in the above-captioned action as between Plaintiff and Aircraft Medical Ltd. Plaintiff and Aircraft Medical Ltd., therefore, move this Court to dismiss the above-entitled cause and all claims and counterclaims as between Plaintiff and Aircraft Medical Ltd. made therein with prejudice to the re-filing of same. Each party shall bear its own costs.

Jonathan Berall
9 August, 2019

Mary (Mindy) V. Sooter  8/23/19
Nora Q.E. Passamaneck
Wilmer Cutler Pickering Hale and Dorr LLP
1225 17th Street, Suite 2600
Denver, CO 80202
(720) 274-3135
mindy.sooter@wilmerhale.com
nora.passamaneck@wilmerhale.com
*Counsel for Aircraft Medical, Ltd.*