USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-18-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
Jonathan Berall, M.D., :
: 10 Civ. 5777 (LAP)
    Plaintiff, :
:
    -v.- : Order
:
Verathon Inc., et al., :
:
    Defendants. :
:
-------------------------------------X

LORETTA A. PRESKA, Senior United States District Judge:

    By order dated October 29, 2019 [dkt. no. 136], a conference in this matter was adjourned to November 18 at 10:00 A.M. As of 10:30 A.M. on November 18, Plaintiff had not appeared.

    By order dated November 13, 2019 [dkt. no. 141], the Court referred the matter to mediation with a request that pro bono counsel be located to represent Plaintiff at the mediation. Plaintiff shall inform the Court by letter no later than December 2 whether he is amenable to participating in the mediation. Plaintiff is reminded that if mediation does not proceed, defense counsel will proceed with several motions as set forth in their joint letter dated October 18, 2019 [dkt. no. 133].

The Clerk of the Court shall mail a copy of this Order to plaintiff.

SO ORDERED.

Dated:   New York, New York
         November 18, 2019

                                                                              *Loretta A. Preska*
                                                                             Loretta A. Preska
                                                                             Senior U.S. District Judge