# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D., M.P.H., *Plaintiff*, v. Verathon Inc., Pentax of America, Inc., Karl Storz Endoscopy-America, Inc., Aircraft Medical, Ltd., LMA North America, Inc., and Airtraq, LLC, *Defendants* | C.A. No.: 1:10-cv-05777-LAP-DCF |

## [PROPOSED] ORDER REGARDING VENUE OBJECTIONS

Upon the stipulation and consent of the parties and for good cause shown, the Court hereby **ORDERS** that each of defendants Verathon, Inc., Pentax of America, Inc., and LMA North America, Inc. does not waive an objection to venue by participating in mediation sponsored by or under the supervision of this Court. Plaintiff contends that defendants have delayed in objecting to venue through actions other than participation in mediation. Each of defendants separately contends that it has not waived any objection to venue. This order does not address these positions, but rather leaves these issues to be resolved, if necessary, following completion of the mediation.

**SO ORDERED:** _June 15_____, 2020.

_____
**LORETTA A. PRESKA**
UNITED STATES DISTRICT JUDGE

**SO STIPULATED**

| | |
|---|---|
| Counsel for plaintiff Dr. Jonathan Berall | Counsel for defendant Pentax of America, Inc. |
| By: */s/ Ashley Ross*<br>    Ashley Ross<br>    Kirkland & Ellis, LLP<br>    601 Lexington Avenue<br>    New York, NY 10022<br>    (212) 446-4954 | By: */s/ James Isbester*<br>    James Isbester<br>    Kilpatrick Townsend & Stockton, LLP<br>    Two Embarcadero Center, 19th Floor<br>    San Francisco, CA 94111<br>    (414) 273-4533 |
| Counsel for defendant Verathon, Inc. | Counsel for defendant LMA North America, Inc. |
| By: */s/ Allison Altersohn*<br>    Allison Altersohn<br>    King & Spalding, LLP<br>    1185 6th Ave,<br>    New York, NY 10036<br>    (212) 556 2316 | By: */s/ Jonathan R. Wise*<br>    Jonathan R. Wise<br>    Greenberg Traurig, LLP<br>    1717 Arch Street Suite 400<br>    Philadelphia, PA 19103<br>    (215) 988-7850 |