UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BERALL, M.D., M.P.H.,<br><br>              Plaintiff,<br><br>-against-<br><br>VERATHON INC., et al.,<br><br>              Defendant. | No. 10-CV-5777 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' letter [dkt. no. 189] outlining their positions on a case schedule.  The parties shall confer and propose, by letter, a schedule to commence discovery--both as to pleading and venue issues as well as substantive issues--no later than December 4, 2020.

**SO ORDERED.**

Dated:    November 20, 2020
           New York, New York

                                              */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge