UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------

JONATHAN BERALL, M.D.,

              Plaintiff,

    -against-

VERATHON INC., et al.,

              Defendants.
-------------------------------------

No. 10-CV-5777 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

If they have not already done so, the parties shall

exchange promptly their Federal Rule of Civil Procedure 26(a)(1)

initial disclosures.

**SO ORDERED.**

Dated:   January 6, 2021
        New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.