UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN BERALL, M.D.,

        Plaintiff,

  -against-

VERATHON INC., et al.,

        Defendants.

No. 10-CV-5777 (LAP)

ORDER

---

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Pursuant to Federal Rule of Civil Procedure 16, the parties shall appear for a scheduling conference on January 21, 2021 at 10:00 a.m.  The conference will occur as a teleconference using the dial-in (888) 363-4734, access code: 4645450.

**SO ORDERED.**

Dated:   January 13, 2021
         New York, New York

                                         */s/ Loretta A. Preska*
                                        LORETTA A. PRESKA, U.S.D.J.