```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JONATHAN BERALL, M.D., <br><br> Plaintiff, <br><br> -against- <br><br> VERATHON INC., et al., <br><br> Defendants. | No. 10-CV-5777 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

The Court has reviewed the parties' letters regarding summary judgment.  (See dkt. nos. 227, 236, 237.)  Counsel may proceed with the proposed motion.  Counsel shall confer and inform the Court by letter of the proposed briefing schedule.

**SO ORDERED.**

Dated:   January 21, 2021
         New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.