UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN BERALL, M.D.,

        Plaintiff,

  -against-

VERATHON INC., et al.,

        Defendants.

No. 10-CV-5777 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for January 26, 2021 at 10:00 a.m. will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:  January 21, 2021
       New York, New York

                                            */s/ Loretta A. Preska*
                                            LORETTA A. PRESKA, U.S.D.J.