```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JONATHAN BERALL, M.D.,<br><br>            Plaintiff,<br><br>    -against-<br><br>VERATHON INC., et al.,<br><br>            Defendants. | No. 10-CV-5777 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for January 26, 2021 at 10:00 a.m. is adjourned to January 27, 2021 at 12:00 p.m.  The conference will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   January 26, 2021
          New York, New York

                                          *Loretta A. Preska*
                                        LORETTA A. PRESKA, U.S.D.J.