IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BERALL, M.D., M.P.H.,<br><br>Plaintiff,<br><br>v.<br><br>VERATHON INC., PENTAX OF AMERICA, INC., HOYA DIGITAL SOLUTIONS CORP., and, TELEFLEX MEDICAL INCORPORATED,<br><br>Defendants. | Civil Action No.: 1:10-cv-05777-LAP-DCF |

**DEFENDANT TELEFLEX MEDICAL INCORPORATED'S**
**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, and Declaration of Jonathan R. Wise and Exhibit A thereto, Defendant Teleflex Medical Incorporated will move this Court, before the Honorable Loretta A. Preska, United States District Judge for the Southern District of New York, on a date and at a time to be determined by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order granting summary judgment of noninfringement based on patent exhaustion with respect to products that LMA North America, Inc. distributed for Aircraft Medical, Ltd., and for such other relief as the Court may deem just and proper. The grounds for this motion are set forth in the accompanying Memorandum of Law.

DATED: February 12, 2021	Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: <u>*/s/ Jonathan R. Wise*</u>
    Scott J. Bornstein
    Elana Araj
    200 Park Avenue
    New York, NY  10166
    (212) 801-9200
    bornsteins@gtlaw.com

    Jonathan R. Wise
    GREENBERG TRAURIG, LLP
    1717 Arch Street, Suite 400
    Philadelphia, PA 19103
    (215) 988-7850
    wisej@gtlaw.com

    *Attorneys for Defendant Teleflex Medical Incorporated*