IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BERALL, M.D., M.P.H.,<br><br>Plaintiff,<br><br>v.<br><br>VERATHON INC., PENTAX OF AMERICA, INC., HOYA DIGITAL SOLUTIONS CORP., and, TELEFLEX MEDICAL INCORPORATED,<br><br>Defendants. | Civil Action No.: 1:10-cv-05777-LAP-DCF |

**DECLARATION OF JONATHAN R. WISE IN SUPPORT OF DEFENDANT TELEFLEX MEDICAL INCORPORATED'S MOTION FOR SUMMARY JUDGMENT**

I, Jonathan R. Wise, declare as follows:

1. I am an attorney at law duly licensed in the State of New York, and am a shareholder of the law firm of Greenberg Traurig, LLP, attorneys of record for Defendant Teleflex Medical Incorporated ("Teleflex") in the above-identified action, and make this declaration in support of Teleflex's Motion for Summary Judgment. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2. Attached hereto as Exhibit A is a true and correct copy of a document entitled "CONFIDENTIAL SETTLEMENT AGREEMENT," bearing bates numbers BERALL-0000001 to BERALL-0000004.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 12, 2021                                     <u>/s /Jonathan R. Wise</u>
                                                             Jonathan R. Wise