# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022<br>United States |  |
|---|---|---|
| Ashley Ross<br>To Call Writer Directly:<br>+1 212 446 4954<br>ashley.ross@kirkland.com | +1 212 446 4800<br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

February 19, 2021

**Filed via ECF**

The Honorable Loretta A. Preska
United States District Judge, Southern District of New York
United States Courthouse, Courtroom 12A
500 Pearl St.
New York, NY 10007-1312

    Re: *Berall v. Verathon, Inc. et al.*, C.A. No. 1:10-cv-05777-LAP-DCF

Honorable Judge Preska:

  I write on behalf of Plaintiff Jonathan Berall, M.D., M.P.H. Pursuant to the Court's order during the January 27, 2021 scheduling conference to submit a proposed scheduling and discovery order consistent with the Court's instructions during the conference, the parties hereby submit the proposed order attached as Exhibit A.

            Sincerely,

            */s/ Ashley Ross*

            Ashley Ross

cc:  Counsel of Record