UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jonathan Berall, M.D., M.P.H., *Plaintiff*, v. Verathon Inc.; Pentax of America, Inc.; Hoya Corp.; Hoya Digital Solutions Corp.; and Teleflex Medical, Inc., *Defendants*. | CA No.: 1:10-cv-05777-LAP-DCF **ORDER** |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

For the reasons set forth at oral argument on June 30, 2021, Defendant Verathon Inc.'s Motion to Transfer Based on Improper Venue (Dkt. No. 280) is GRANTED. The claims and counterclaims between Plaintiff Jonathan Berall, M.D., M.P.H., and Defendant Verathon Inc. are severed from those claims and counterclaims between Berall and the other defendants in the above-captioned action, and the Clerk of Court is directed to transfer the case between Berall and Verathon to the Western District of Washington. The above-captioned action remains pending as to Defendants Teleflex Medical, Inc.; Pentax of America Inc.; Hoya Corp.; and Hoya Digital Solutions Corp., which shall not be transferred.

**SO ORDERED.**

Dated: July 14, 2021
New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.