# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

JONATHAN BERALL, M.D., M.P.H.,

        Plaintiff,

    v.

PENTAX OF AMERICA, INC., HOYA
CORP., HOYA DIGITAL SOLUTIONS
CORP., and TELEFLEX MEDICAL
INCORPORATED,

        Defendants.

C.A. No.: 1:10-cv-05777-LAP-DCF

## STIPULATED MOTION OF DISMISSAL

The plaintiff, Dr. Jonathan Berall (hereinafter "Berall"), and defendants HOYA Corp.;

HOYA Digital Solutions Corp.; Pentax of America, Inc. (hereinafter collectively "HOYA"),

pursuant to Fed. R. Civ. P. 41(a)(2), hereby jointly move for an order dismissing all of Berall's

claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and

attorneys' fees.

Dated: September 2, 2021

Respectfully submitted,

KIRKLAND & ELLIS LLP


/s/*Christopher DeCoro*

Ashley L.B. Ross
Stefan M. Miller, Ph.D.
Christopher DeCoro, Ph.D.
Peter J. Evangelatos

KIRKLAND & ELLIS LLP

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON, LLP


/James Y.C. Sze/_____

James Y.C. Sze
12255 El Camino Real, Suite 250
San Diego, CA 92130
jsze@kilpatricktownsend.com

Megan E. Bussey
KILPATRICK TOWNSEND & STOCKTON LLP

601 Lexington Ave.
New York, NY 10022
1-212-446-4954
Ashley.Ross@kirkland.com
Stefan.Miller@kirkland.com
Christopher.DeCoro@kirkland.com
Peter.Evangelatos@kirkland.com

James Hurst, P.C.
Marcus E. Sernel, P.C.
Tasha Francis Gerasimow, Ph.D.
KIRKLAND & ELLIS LLP

300 North LaSalle
Chicago, IL 60654
1-312-862-5230
James.Hurst@kirkland.com
Marcus.Sernel@kirkland.com
Tasha.Gerasimow@kirkland.com

*Attorneys for Plaintiff Jonathan Berall
M.D., M.P.H.*

1114 Avenue of the Americas
New York, NY 10036
mbussey@kilpatricktownsend.com

Mitchell G. Stockwell
Andrew N. Saul
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528
(404) 815-6500
mstockwell@kilpatricktownsend.com
asaul@kilpatricktownsend.com

*Attorneys for Defendants
Pentax of America, Inc., HOYA Corp., and HOYA
Digital Solutions Corp.*

2