# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BERALL, M.D., M.P.H., <br><br> Plaintiff, <br><br> v. <br><br> PENTAX OF AMERICA, INC., HOYA CORP., HOYA DIGITAL SOLUTIONS CORP., and TELEFLEX MEDICAL INCORPORATED, <br><br> Defendants. | C.A. No.: 1:10-cv-05777-LAP-DCF |

## [PROPOSED] ORDER OF DISMISSAL

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice asserted between Dr. Jonathan Berall (hereinafter "Berall"), and defendants HOYA Corp.; HOYA Digital Solutions Corp.; and Pentax of America, Inc. (hereinafter collectively "HOYA"), the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Berall and HOYA are hereby dismissed with prejudice. This order does not dismiss Berall's claims against defendant Teleflex Medical, Inc., which remain pending.

It is further ORDERED that each party will be responsible for its own costs and attorneys' fees.

SO ORDERED this   7th   day of  September  2021

*Loretta A. Preska*

HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE