UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BERALL, M.D., M.P.H.,<br><br>                    Plaintiff,<br><br>-against-<br><br>TELEFLEX MEDICAL INC., et al.,<br><br>                    Defendants. | No. 10-CV-5777 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Teleflex Medical Inc.'s letter opposing Dr. Berall's request for leave to file a second amended complaint.  (See dkt. no. 342.)  Dr. Berall shall respond to that letter by no later than September 30, 2021.

**SO ORDERED.**

Dated:    September 28, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1