```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
BERALL,                                   :
                                          :    10-civ-5777-LAP
                                          :
        PLAINTIFF,                        :    ORDER
                                          :
                                          :
        v.                                :
                                          :
                                          :
VERATHON, INC. et al.,                    :
                                          :
                                          :
        DEFENDANTS.                       :
------------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Plaintiff's request to file a Second Amended Complaint.  (See dkt. nos. 342, 345, 346.)  Plaintiff's request is granted.  The Second Amended Complaint shall be filed no later than November 4, 2021.

SO ORDERED.

Dated:   New York, New York
         November 1, 2021

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge