

Jonathan R. Wise
Tel 215.988.7850
Fax 215.988.7801
wisej@gtlaw.com

December 2, 2021

**BY ECF**
The Honorable Loretta A. Preska
United States District Court, Southern District of New York
United States Courthouse, Courtroom 12A
500 Pearl Street
New York, NY 10007-1312

Re:   <u>Berall v. Teleflex Medical Incorporated</u>, **C.A. No. 1:10-cv-05777-LAP-DCF (S.D.N.Y.)**

Dear Judge Preska:

We represent Teleflex Medical Incorporated ("Teleflex"). On March 23, 2021, Teleflex requested the Court's permission to file a motion for a protective order to prevent discovery related to Airtraq laryngoscopes manufactured by Prodol Meditec S.A. ("Prodol Products"), which were distributed by Teleflex in the United States beginning in 2015. The basis for Teleflex's request was that the Prodol Products had no relation to the original defendant LMA North America, Inc. or any allegation pleaded in the Original Complaint or First Amended Complaint. (Dkt. 1, 193). On November 1, 2021, the Court permitted Plaintiff to file a Second Amended Complaint, which Plaintiff filed on November 4, 2021. The new allegations in Plaintiff's Second Amended Complaint include a cause of action against Teleflex for its distribution of the Prodol Products. In view of these new allegations, <u>Teleflex hereby withdraws its letter request to file a motion for a protective order filed under Docket Entry No. 278</u>. The parties met and conferred and Plaintiff does not oppose this request.

Respectfully submitted,

By: <u>/s/ Jonathan R. Wise</u>

Jonathan R. Wise
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
(215) 988-7850
wisej@gtlaw.com

Scott J. Bornstein
Elana Araj
One Vanderbilt Avenue
New York, NY  10166

```
SO ORDERED.

Dated:  December 3, 2021
        New York, New York



                    Loretta A. Preska
_____
LORETTA A. PRESKA
Senior United States District Judge
```

**Greenberg Traurig, LLP | Attorneys at Law**
1717 Arch Street  |  Suite 400  |  Philadelphia, Pennsylvania 19103  |  T +1 215.988.7800  |  F +1 215.988.7801

www.gtlaw.com

December 2, 2021
Page 2

(212) 801-9200
bornsteins@gtlaw.com
araje@gtlaw.com

*Counsel for Defendant Teleflex Medical Incorporated*

cc: Counsel of Record via ECF