# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

Christopher DeCoro
To Call Writer Directly:
+1 212 446 4859
christopher.decoro@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

December 10, 2021

**FILED VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
Courtroom 12A 500 Pearl St.
New York, NY 10007-1312

Re: **Berall v. Teleflex Medical Inc. C.A. No. 1:10-cv-05777-LAP-DCF**

Dear Judge Preska:

We represent Plaintiff Jonathan Berall, M.D., M.P.H, in the above-referenced matter. Pursuant to Your Honor's Individual Practices, Plaintiff seeks an order permitting to file under seal the following documents:

- Unredacted copies of Exhibits 1 and 2 to Plaintiff's Response Letter to Teleflex's December 7, 2021 Letter

Exhibits 1 and 2 listed above contain Plaintiff's "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" as designed by Dr. Berall pursuant to the Stipulated Protective Order entered on February 5, 2021, including because they contain confidential financial information. See Dkt. 252. Accordingly, Plaintiff respectfully requests that this Court enter an order that <u>unredacted versions of Exhibits 1 and 2 to Plaintiff's response letter may be filed under seal</u>.

<u>SO ORDERED.</u>

Dated:      December 13, 2021
            New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.

# KIRKLAND & ELLIS LLP

Honorable Loretta Preska
December 10, 2021
Page 2

        Sincerely,

        */s/ Christopher DeCoro*

        Christopher DeCoro

cc: Counsel of Record (via CM/ECF)