# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Christopher DeCoro<br>To Call Writer Directly:<br>+1 212 446 4859<br>christopher.decoro@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br>United States<br><br>+1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

December 30, 2021

**FILED VIA ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
Courtroom 12A 500 Pearl St.
New York, NY 10007-1312

          Re:    Berall v. Teleflex Medical Inc. C.A. No. 1:10-cv-05777-LABP-DCF

Dear Judge Preska:

      We represent Plaintiff Jonathan Berall, M.D., M.P.H, in the above-referenced matter. Pursuant to Your Honor's Individual Practices, Plaintiff seeks an order permitting to file under seal the following documents:

- Unredacted copies of Exhibits 1–3 to Plaintiff's Response to Teleflex's Motion to Dismiss

      Exhibits 1–3 listed above contain Defendant Teleflex's "HIGHLY CONFIDENTIAL INFORMATION – OUTSIDE COUNSEL'S EYES ONLY" as designed by Teleflex pursuant to the Stipulated Protective Order entered on February 5, 2021, including because they contain confidential financial and sales information. See Dkt. 252. Accordingly, Plaintiff respectfully requests that this Court enter an <u>order that unredacted versions of Exhibits 1–3 to Plaintiff's response letter may be filed under seal</u>.

**SO ORDERED.**
Dated:      January 3, 2022
              New York, New York

                                      */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge

## KIRKLAND & ELLIS LLP

Honorable Loretta Preska
December 30, 2021
Page 2

            Sincerely,

            */s/Christopher DeCoro*
            Christopher DeCoro

cc: Counsel of Record (via CM/ECF)