UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN BERALL, M.D., M.P.H.,<br><br>              Plaintiff,<br><br>-against-<br><br>TELEFLEX MEDICAL INCORPORATED,<br><br>              Defendant. | No. 10-cv-5777 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    On July 11, 2022, the Court transferred this case to the Eastern District of North Carolina pursuant to 28 U.S.C. § 1406(a).  (See dkt. no. 390.)  Accordingly, the Court releases the sealed documents on this docket to the custody of the Clerk of the Court, Eastern District of North Carolina.

**SO ORDERED.**

Dated:    August 29, 2022
           New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge